AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| AUBREY CLIFTON TRAIL and | ) 4:17MJ3131 |
| BAILEY MARIE BOSWELL | ) |
| | ) |
| *Defendant(s)* | |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of SALINE in the _____ District of NEBRASKA, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2314 | On or about the 20th day of October, 2017, in the District of Nebraska, the defendants, AUBREY CLIFTON TRAIL and BAILEY MARIE BOSWELL did unlawfully transport, transmit, and transfer in interstate commerce from Hiawatha, Kansas, to Beatrice, Nebraska, stolen goods, wares and merchandise, that is, U.S. currency, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314 and 2. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Matt Saad.

☑ Continued on the attached sheet.

*Complainant's signature*

MATT SAAD, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Dec 7, 2017**

*Judge's signature*

City and state: LINCOLN, NEBRASKA   CHERYL R. ZWART, U.S. MAGISTRATE JUDGE
*Printed name and title*