IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 DEC -8 AM 11: 47

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:17MJ3131 |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| BAILEY BOSWELL, | ) | |
| Defendant. | ) | |

Jessica Milburn hereby enters her appearance as Assistant Federal Public Defender on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 8th day of December, 2017.

BAILEY BOSWELL, Defendant

/s/ *Jessica L. Milburn*
**JESSICA MILBURN**
**Assistant Federal Public Defender**
112 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
(402) 221-7820
Attorney for Defendant

## CERTIFICATE OF SERVICE

Assistant Federal Public Defender Jessica L. Milburn hereby certifies that the foregoing document was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to AUSA Steve Russell on this 8th day of December, 2017.

/s/ *Jessica L. Milburn*
Jessica L. Milburn